IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WENDY HERBERTH,**

    Plaintiff,

vs.                                                 **CASE NO. 5:11-cv-306/RS-CJK**

**DELANOR KEMPER & ASSOCIATES,**

    **Defendant.**
_____ /

## DEFAULT JUDGMENT

    Before me is Plaintiff's Motion for Default Judgment (Doc. 23).

    **JUDGMENT** is entered in favor of Plaintiff, WENDY HERBETH, and against Defendant DELANOR KEMPER & ASSOCIATES in the amount of six thousand five hundred and five dollars ($6,505.00).

    This amount represents statutory damages in the amount of one thousand dollars ($1,000.00), attorneys' fees in the amount of five thousand one hundred and five dollars ($5,105.00), and costs in the amount of four hundred dollars ($400.00).  I have disallowed that portion of attorneys' fees requested for preparation of the time records.

    The Clerk is directed to close the file.

**ORDERED** on July 10, 2012.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK
                                                      UNITED STATES DISTRICT JUDGE**